# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



---

UNITED STATES OF AMERICA,

V.

E-filing    **CR 08    0574 MHP**

ANGELICA SAGOTE, SEFO SAGOTE,
and ELISARA TAITO,

DEFENDANT(S).

---

# INDICTMENT

VIOLATIONS:
18 U.S.C. §§ 2113(a) and (d) - Attempted Armed Bank Robbery;
18 U.S.C. §§ 2113(a) and (d) - Armed Bank Robbery; and
18 U.S.C. § 2 - Aiding and Abetting; and 18 U.S.C. § 371 -
Conspiracy

---

A true bill.

_Angelina _____
Foreman

Filed in open court this _26th_ day of

_Aug. 2008_

_Karen L. Hom_ KAREN L. HOM

~~JOSEPH C. SPERO~~                    Clerk
~~UNITED STATES MAGISTRATE~~ ~~DGB~~

Bail, $ _no prison_

CR08-574 MHP

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

18 U.S.C. §§ 2113(a) and (d) & 2 – Attempted Armed Bank Robbery and Aiding and Abetting;
18 U.S.C. §§ 2113(a) and (d) & 2– Armed Bank Robber and Aiding and Abetting; and
18 U.S.C. § 371 – Conspiracy

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHED PENALTY SHEET

### E-filing

**FILED**
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MHP**

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——

▶ ANGELICA SAGOTE

DISTRICT COURT NUMBER

CR 08    0574

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

FBI, Special Agent Brian Guy

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 08-70524 BZ

Name and Office of Person
Furnishing Information on this form ____AUSA Nat Cousins____

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) ____AUSA Nat Cousins____

—— DEFENDANT ——

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?
☐ Yes
☒ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 8/6/08

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 8/27 9:30 a.m.    Before Judge: Spero

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

☐ SUPERSEDING

**─── OFFENSE CHARGED ───**

18 U.S.C. §§ 2113(a) and (d) & 2 – Attempted Armed Bank Robbery and Aiding and Abetting;
18 U.S.C. §§ 2113(a) and (d) & 2 – Armed Bank Robbery and Aiding and Abetting
18 U.S.C. § 371 -- Conspiracy

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
SEE ATTACHED PENALTY SHEET
E-filing

**─── Name of District Court, and/or Judge/Magistrate Location ───**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**┌─ DEFENDANT - U.S ─**

▶ SEFO SAGOTE

*MHP*

DISTRICT COURT NUMBER

CR 08      0574

**─── DEFENDANT ───**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal    ☐ State

**─── PROCEEDING ───**

Name of Complainant Agency, or Person (& Title, if any)

FBI, Special Agent Brian Guy

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

08-70524 BZ

Name and Office of Person Furnishing Information on this form    AUSA Nat Cousins

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA Nat Cousins

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year  8/6/08

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**─── ADDITIONAL INFORMATION OR COMMENTS ───**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 8/27 9:30      Before Judge: Spero

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
                                    ☐ SUPERSEDING

#### ─── OFFENSE CHARGED ───

18 U.S.C. §§ 2113(a) and (d) & 2 – Attempted Armed Bank
Robbery and Aiding and Abetting;
18 U.S.C. §§ 2113(a) and (d) & 2 – Armed Bank Robbery and
Aiding and Abetting
18 U.S.C. § 371 -- Conspiracy

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHED PENALTY SHEET

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

#### ─ DEFENDANT - U.S ─

► ELISARA TAITO

*MHP*

DISTRICT COURT NUMBER

**CR 08        0574**

#### ─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI, Special Agent Brian Guy

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

SHOW
DOCKET NO.

☐ U.S. ATTORNEY    ☐ DEFENSE  }

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under  } 08-70524 BZ

Name and Office of Person
Furnishing Information on this form ___ AUSA Nat Cousins

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) ___ AUSA Nat Cousins

#### ─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐  If not detained give date any prior
summons was served on above charges ►____

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒  On this charge

5) ☐  On another conviction  }  ☐ Federal  ☐ State

6) ☐  Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   } If "Yes"
been filed?     ☒ No     } give date filed ____

DATE OF  ►   Month/Day/Year
ARREST        8/6/08

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ►  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

#### ─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount: ____

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time: 8/27 9:30 a.m.    Before Judge: Spero

## PENALTY SHEET ATTACHMENT

For each defendant,

**Maximum penalty as to Counts One and Two [Class B Felonies]:**

**25 years imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment per count; and restitution**

**Maximum penalty as to Count Three [Class D Felony]:**

**5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; and restitution**

**PENALTIES MAY BE CONSECUTIVE**

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6  **E-filing**

7



8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )   No. 08          0574
                                      )
12      Plaintiff,                    )   VIOLATIONS:
                                      )   18 U.S.C. §§ 2113(a) and (d) –
13      v.                            )   Attempted Armed Bank Robbery;
                                      )   18 U.S.C. §§ 2113(a) and (d) – Armed
14 ANGELICA SAGOTE, SEFO SAGOTE,      )   Bank Robbery;
   and ELISARA TAITO,                 )   18 U.S.C. § 2 – Aiding and Abetting;
15                                    )   and 18 U.S.C. § 371 – Conspiracy
        Defendants.                   )
16 _____  )   SAN FRANCISCO VENUE

17                      INDICTMENT

18 The Grand Jury charges:

19 COUNT ONE: (18 U.S.C. §§ 2113(a) and (d) & 2 – Attempted Armed Bank Robbery,

20 and Aiding and Abetting Attempted Armed Bank Robbery)

21      1.      On or about August 4, 2008, in the Northern District of California, the

22 defendants,

23         ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO,

24 did knowingly and by force and violence, and by intimidation, attempt to take away from

25 the persons and presence of employees of the Pacific Postal Credit Union located at 175

26 Mendell Street, San Francisco, California, money, property, and things of value belonging

27 to and in the care, custody, control, management and possession of Pacific Postal Credit

28

INDICTMENT

1  Union, the deposits of which were then insured by the National Credit Union

2  Administration Board (NCUA), and in attempting to and committing the offense charged

3  in this paragraph, the defendants assaulted and put in jeopardy the lives of employees and

4  customers of the Pacific Postal Credit Union, by use of a dangerous weapon, in violation

5  of Title 18, United States Code, Sections 2113(a) & (d) and Title 18, United States Code,

6  Section 2.

7  COUNT TWO: (18 U.S.C. §§ 2113(a) and (d) & 2 – Armed Bank Robbery and Aiding

8  and Abetting Armed Bank Robbery)

9      2.      On or about August 6, 2008, in the Northern District of California, the

10  defendants,

11              ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO,

12  did knowingly and by force and violence, and by intimidation, take away from the persons

13  and presence of employees of the Pacific Postal Credit Union, located at 175 Mendell

14  Street, San Francisco, California, approximately $76,300 in United States currency

15  belonging to and in the care, custody, control, management and possession of Pacific

16  Postal Credit Union, the deposits of which were then insured by the National Credit

17  Union Administration Board (NCUA), and in committing the offense charged in this

18  paragraph, the defendants assaulted and put in jeopardy the lives of employees and

19  customers of the Pacific Postal Credit Union, by use of a dangerous weapon, in violation

20  of Title 18, United States Code, Sections 2113(a) & (d) and Title 18, United States Code,

21  Section 2.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT

2

1  COUNT THREE: (18 U.S.C. § 371 – Conspiracy to Commit Armed Bank Robbery)

2        3.     Beginning at a time unknown to the Grand Jury, but no later than on or

3  about August 4, 2008, and continuing to approximately August 6, 2008, in the Northern

4  District of California, the defendants,

5             ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO,

6  did knowingly combine, conspire, and agree with at least one other person to commit an

7  offense against the United States, that is, to take away from the persons and presence of

8  employees of the Pacific Postal Credit Union located at 175 Mendell Street, San

9  Francisco, California, money, property, and things of value belonging to and in the care,

10 custody, control, management and possession of Pacific Postal Credit Union, the deposits

11 of which were then insured by the National Credit Union Administration Board (NCUA),

12 in violation of Title 18, United States Code, Sections 2113(a) & (d) and Title 18, United

13 States Code, Section 2.

14                             OVERT ACTS

15       a.     In furtherance of the conspiracy, on or about August 4, 2008, defendants

16 ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO, attempted to rob the

17 Pacific Postal Credit Union, as set forth in Paragraph One. ANGELICA SEGOTE drove

18 SEFO SAGOTE and ELISARA TAITO to the Pacific Postal Credit Union. SEFO

19 SAGOTE and ELISARA TAITO entered the Pacific Postal Credit Union with weapons

20 drawn, ordered customers and employees to the floor, and said they would start shooting

21 if the tellers did not open the doors.

22       b.     In furtherance of the conspiracy, on or about August 6, 2008, defendants

23 ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO, committed an armed

24 bank robbery of the Pacific Postal Credit Union, as set forth in Paragraph Two.

25 ANGELICA SEGOTE drove SEFO SAGOTE and ELISARA TAITO to the Pacific

26 Postal Credit Union. SEFO SAGOTE and ELISARA TAITO forced tellers to open

27 ///

28 ///

INDICTMENT

3

1    the front doors of the credit union.  Once inside, SEFO SAGOTE and ELISARA TAITO

2    pushed the tellers behind the teller counter and directly to the vault room.

3            All in violation of 18 U.S.C. § 371.

4

5    DATED: _August 26, 2008_                A TRUE BILL.

6

7                                            FOREPERSON

8    JOSEPH P. RUSSONIELLO
     United States Attorney

9

10   KYLE WALDINGER

11   Deputy Chief, Major Crimes Section

12   (Approved as to form:

13                AUSA N. COUSINS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

4